# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 31, 2017

155399

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

*In re* MORFORD/ELLISON-MORFORD,
Minors.

SC: 155399
COA: 332541
Monroe CC Family Division:
   14-023167-NA

_____/

      On order of the Court, the application for leave to appeal the December 22, 2016 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *In re Hicks/Brown, Minors* (Docket No. 153786) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 31, 2017 _____



Clerk

t0328